WILLIE HUNTER, PLAINTIFF-RESPONDENT, v. VERNER-CADBY, INC., DEFENDANT-PETITIONER AND ESTATE OF MARION G. WOLF, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Thomas G. Aljian* and *Mr. Joseph V. Cullum* for the petitioner.

*Messrs. Baker, Garber, Chazen & Duffy, Mr. Alan H. Bernstein, Mr. Mortimer Wald, Mr. Benjamin M. Del Vento, Messrs. Schneider & Morgan* and *Mr. Jack Wurgaft* for the respondents.

October 14, 1969. Denied.

JULIA GALLAS, ADMX., *ETC.*, PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. PUBLIC SERVICE ELECTRIC AND GAS CO., DEFENDANT AND THIRD-PARTY PLAINTIFF-RESPONDENT, AND HATCO CHEMICAL CO., *ETC.*, *ET AL.*, DEFENDANTS AND THIRD-PARTY PLAINTIFFS-PETITIONERS, v. BETHLEHEM STEEL CORPORATION-BUFFALO TANK DIVISION, THIRD-PARTY DEFENDANT-RESPONDENT.

See same case below: 106 *N. J. Super.* 527.

*Mr. Edward E. Kuebler* for the petitioners.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Alan E. Davis* for the cross-petitioner.

*Mr. Luke E. Kiernan, Jr., Mr. Herman H. Wille, Jr., Messrs. O'Mara, Schumann, Davis & Hession,* and *Mr. John M. Walsh* for the respondents.

October 14, 1969. Granted.